IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3031-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SUSAN BAISDEN-KONING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue sentencing (filing 202) is granted. The defendant's sentencing is continued until further order of the court. Counsel for the defendant and the United States Attorney assigned to this case shall advise the undersigned when the defendant's sentencing can be scheduled.

Dated September 9, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge