IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3031 |
| V. | ) | |
| MICHAEL KONING, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to postpone date for sentencing (filing 209) is granted.

(2) Counsel for the defendant and the United States Attorney assigned to this case shall advise the undersigned when the case is ripe for sentencing.

DATED this 13th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge