IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| V. | ) | |
| SUSAN BAISDEN-KONING, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue deadlines in the order on sentencing schedule (filing 211) is granted.

(2) Counsel for the defendant and the United States Attorney assigned to this case shall advise the undersigned when the case is ripe for the issuance of an amended order on sentencing schedule.

DATED this 19th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge