IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of the parties,

IT IS ORDERED that:

(1)     Defendant Baisden's evidentiary hearing and sentencing are continued to Wednesday, January 25, 2012, at 1:30-4:30 p.m. and, if additional time is necessary, on Thursday, January 26, 2012 from 9:00 a.m.-12:00 noon and 1:30-4:30 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2)     The deadlines in the order on sentencing schedule (filing 224) remain unchanged.

DATED this 24th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge