IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:09CR3031 |
| | ) | |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Mr. Baisden's unopposed request to file a Variance Brief no later than Monday, December 19, 2011.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Baisden shall file any Variance Brief no later than December 19, 2011.

Dated this 12th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
_____The Honorable Richard G. Kopf
Senior United States District Judge