IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that John Vanderslice's motion to withdraw as counsel (filing 292) is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

DATED this 21st day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge