IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3031 |
| V. | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to set aside bench warrant (filing 299) is denied.

DATED this 21st day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge